IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

**MICHELLE GARLAND, Individually and on Behalf of All Others Similarly Situated**                                                                 **PLAINTIFF**

vs.                                    No. 2:22-cv-1008-KEM

**JANE SPARRGROVE**                                                                                                                                                                          **DEFENDANT**

## JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff Michelle Garland and Defendant Jane Sparrgrove hereby stipulate to the dismissal of this action without prejudice, with each side to bear its own fees and costs, except as otherwise agreed by the parties.

Respectfully submitted,

**MICHELLE GARLAND, Individually and on Behalf of All Others Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com
*Admitted Pro Hac Vice*

NEWKIRK ZWAGERMAN, PLC
521 East Locust Street, Suite 300
Des Moines, Iowa 50309
Telephone: (515) 883-2000

/s/ Thomas Newkirk
Thomas Newkirk
Iowa Bar No. AT0005791
tnewkirk@newkirklaw.com

**and     DEFENDANT JANE SPARRGROVE**

COPPOLA, McCONVILLE, CARROLL
HOCKENBURG & FLYNN, P.C.
2100 Westown Parkway, Suite 210
West Des Moines, Iowa 50265
Telephone: (515) 453-1055
Facsimile: (515) 453-1059

/s/ Michael J. Carroll
Michael J. Carroll
Iowa Bar No. AT0001311
Michael@wdmlawyers.com